CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Prathima Price, Esq., SBN 321378
Dennis Price, Esq., SBN 279082
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

Richard K. Abdalah (SBN 60380)
ABDALAH LAW OFFICES
A Professional Law Corporation
300 Harding Boulevard, Suite 203H
Roseville, CA 95678
Tel: (408) 891-1017
Email: rabdalah@abdalahlaw.com
esfahani_sam@yahoo.com
Attorneys for Defendant
Benson Properties, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, | Case No.: 5:21-cv-03911-SVK |
| Plaintiff, | **JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |
| v. | |
| BENSON PROPERTIES, INC., a California Corporation, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

1   Dated: December 17, 2021          CENTER FOR DISABILITY ACCESS

2

3                                     By:      /s/ Amanda Seabock
                                               Amanda Seabock
4                                              Attorneys for Plaintiff

5

6   Dated:                            ABDALAH LAW OFFICES

7

8

9                                     By:
10                                             Richard K. Abdalah
                                               Attorneys for Defendant
11                                             Benson Properties, Inc.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

By: _____
Amanda Seabock
Attorneys for Plaintiff

Dated: *10-15-21*

ABDALAH LAW OFFICES

By: _____
Richard K. Abdalah
Attorneys for Defendant
Benson Properties, Inc.

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Richard K. Abdalah,

Joint Stipulation                        -2-                    5:21-cv-03911-SVK